**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number (if known) _____

Chapter you are filing under:
☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **PET EXPRESS USA CORP** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 66-0855543 |

| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
|---|---|---|---|
| | | 1810 CARRETERA 14<br>EL MONTE TOWN CENTER<br>SUITE 104<br>Coto Laurel, PR 00780<br>Number, Street, City, State & ZIP Code | 485 LLANOS DEL SUR<br>CALLE JAZMIN I-11<br>Coto Laurel, PR 00780<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | Ponce<br>County | Location of principal assets, if different from principal place of business<br>1810 CARRETERA 14<br>EL MONTE TOWN CENTER<br>SUITE 104 Coto Laurel, PR 00780<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

Debtor **PET EXPRESS USA CORP** _____ Case number (*if known*) _____
     Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
   ____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

   Check one:
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
     - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ■ No.
   - ☐ Yes.

   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list

    - ■ No
    - ☐ Yes.

    | Debtor _____ | | Relationship to you _____ |
    | District _____ | When _____ | Case number, if known _____ |

Debtor   **PET EXPRESS USA CORP**    Case number (*if known*) _____
         Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **PET EXPRESS USA CORP** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 13, 2017**
MM / DD / YYYY

X /s/ **WENDELINE BAEZ CASTRO**    **WENDELINE BAEZ CASTRO**
Signature of authorized representative of debtor    Printed name

Title  **PRESIDENT**

**18. Signature of attorney**

X /s/ **NOEMI LANDRAU RIVERA, ESQ**    Date **February 13, 2017**
Signature of attorney for debtor    MM / DD / YYYY

**NOEMI LANDRAU RIVERA, ESQ**
Printed name

**LANDRAU RIVERA & ASSOCIATES**
Firm name

**PO BOX 270219**
**San Juan, PR 00927**
Number, Street, City, State & ZIP Code

Contact phone  **787-774-0224**    Email address  **nlandrau@landraulaw.com**

**215510**
Bar number and State

## CORPORATE RESOLUTION

WE HEREBY CERTIFY that on a meeting of the Board of Directors of the corporation PET EXPRESS USA CORP., which was called for and notified in accordance with the Corporate By Laws, and for which duly quorum existed, having taking place said meeting on February 9th 2017, it was agreed and unanimously voted to approve the following Corporate Resolution:

It is resolved that:

1. The corporation PET EXPRESS USA CORP., may file a Chapter 11 petition for bankruptcy. The president of the corporation Wendeline Báez Castro, is authorized to sign any petition, form or necessary document in connection to the Chapter 11 petition for relief to be filed before the US Bankruptcy Court for the District of Puerto Rico.

2. That the corporation PET EXPRESS USA CORP., be authorized to retain the services of Landrau Rivera & Associates to act as counsel for the corporation.

IN WITNESS THEREOF, I place the seal of the Corporation to this resolution this 13th day of February 2017.

_____
PRESIDENT

[SEAL: PET EXPRESS USA CORP. CORPORATE SEAL 2016 COMMONWEALTH OF PUERTO RICO #369102]

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | PET EXPRESS USA CORP |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AGROSERVICIOS PO BOX 360393 San Juan, PR 00936-0393 | | PET SUPPLIES | | | | $872.25 |
| CORP. DEL FONDO SEGURO DEL ESTADO PO BOX 365028 SAN JUAN, PR 00936-5208 | | POLICY | | | | $1,000.00 |
| DEPARTAMENTO DE HACIENDA DIVISION DE QUIEBRAS PO BOX 9022501 SAN JUAN, PR 00901-2501 | | IVU | | | | $15,826.50 |
| DEPARTAMENTO DE HACIENDA DIVISION DE QUIEBRAS PO BOX 9022501 SAN JUAN, PR 00901-2501 | | TAXES | | | | $1,000.00 |
| DEPARTAMENTO DE HACIENDA DIVISION DE QUIEBRAS PO BOX 9022501 SAN JUAN, PR 00901-2501 | | 941 | | | | $1,000.00 |
| DEPARTAMENTO DE HACIENDA DIVISION DE QUIEBRAS PO BOX 9022501 SAN JUAN, PR 00901-2501 | | 940 | | | | $1,000.00 |

Debtor **PET EXPRESS USA CORP**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DEPARTAMENTO DEL TRABAJO RECURSOS HUMANOS PO BOX 195540 HATO REY, PR 00918-5540 | | | | | | $1,000.00 |
| INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | TAXES | | | | $5,752.76 |
| MARIA FERNANDA VELEZ PASTRANA PO BOX 195582 San Juan, PR 00919-5582 | | ATTORNEY'S FEES | | | | $1,000.00 |
| MONTE PLAZA SHOPPING CENTER LLC COMMERCIAL CENTERS MANAGEMENT REALTY PO BOX 362983 San Juan, PR 00936-2983 | | RENT | | $14,712.48 | $0.00 | $14,712.48 |
| MUNICIPIO DE PONCE APARTADO 331709 Ponce, PR 00733-1709 | | PATENTES | | | | $1,000.00 |
| PET PRODUCTS PO BOX 364192 San Juan, PR 00936-4192 | | PET SUPPLIES | | | | $2,000.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re: **PET EXPRESS USA CORP**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................. $ 0.00
   Prior to the filing of this statement I have received ..................... $ 0.00
   Balance Due ................................................................ $ 0.00

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify): LEGAL SERVICES SHALL BE RENDERED AT A RATE OF $175.00 PER HOUR. TERMS OF EMPLOYMENT ARE SET FORTH IN APPLICATION FOR EMPLOYMENT TO BE FILED BEFORE THIS COURT WITH THE FILING OF THE PETITION FOR RELIEF. PRIOR TO FILING COUNSEL RECEIVED A RETAINER OF $2,000.

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 13, 2017**
*Date*

/s/ NOEMI LANDRAU RIVERA, ESQ
NOEMI LANDRAU RIVERA, ESQ 215510
*Signature of Attorney*
LANDRAU RIVERA & ASSOCIATES
PO BOX 270219
San Juan, PR 00927
787-774-0224  Fax: 787-793-1004
nlandrau@landraulaw.com
*Name of law firm*

# United States Bankruptcy Court
### District of Puerto Rico

In re  **PET EXPRESS USA CORP**  
Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 13, 2017**

Signature  **/s/ WENDELINE BAEZ CASTRO**  
**WENDELINE BAEZ CASTRO**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Puerto Rico

In re  **PET EXPRESS USA CORP**

Debtor(s)

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 13, 2017**

/s/ WENDELINE BAEZ CASTRO
WENDELINE BAEZ CASTRO/PRESIDENT
Signer/Title

PET EXPRESS USA CORP
485 LLANOS DEL SUR
CALLE JAZMIN I-11
COTO LAUREL, PR 00780

MUNICIPIO DE PONCE
APARTADO 331709
PONCE, PR 00733-1709

NOEMI LANDRAU RIVERA, ESQ
LANDRAU RIVERA & ASSOCIATES
PO BOX 270219
SAN JUAN, PR 00927

PET PRODUCTS
PO BOX 364192
SAN JUAN, PR 00936-4192

AGROSERVICIOS
PO BOX 360393
SAN JUAN, PR 00936-0393

CORP. DEL FONDO SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN, PR 00936-5208

DEPARTAMENTO DE HACIENDA
DIVISION DE QUIEBRAS
PO BOX 9022501
SAN JUAN, PR 00901-2501

DEPARTAMENTO DEL TRABAJO
RECURSOS HUMANOS
PO BOX 195540
HATO REY, PR 00918-5540

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

MARIA FERNANDA VELEZ PASTRANA
PO BOX 195582
SAN JUAN, PR 00919-5582

MONTE PLAZA SHOPPING CENTER LLC
COMMERCIAL CENTERS MANAGEMENT REALTY
PO BOX 362983
SAN JUAN, PR 00936-2983

## United States Bankruptcy Court
### District of Puerto Rico

In re  **PET EXPRESS USA CORP**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **PET EXPRESS USA CORP**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [Check if applicable]

February 13, 2017
Date

/s/ NOEMI LANDRAU RIVERA, ESQ
NOEMI LANDRAU RIVERA, ESQ 215510
Signature of Attorney or Litigant
Counsel for  **PET EXPRESS USA CORP**
LANDRAU RIVERA & ASSOCIATES
PO BOX 270219
San Juan, PR 00927
787-774-0224 Fax:787-793-1004
nlandrau@landraulaw.com